FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2003 JUL 28 P 5: 16

SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

Kermit Parker, Pro Se

Enter above the full name of the plaintiff or plaintiffs in this action.

VERSUS

CV 03-578-C-M2

Al Burl Cain, Linda Miller, Tarver John Doe #1, John Doe #2, John Doe #3, Jane Doe, Dora Rabalais and Earl K. Long Hospital, Et al.

Enter above the full name of the defendant or defendants in this action.

## COMPLAINT

I. PREVIOUS LAWSUITS:

a. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( ✓ ) No ( )

b. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: Kermit Parker, Pro Se plaintiff

Defendants: Al Burl Cain, Dora Rabalais & Richard Stalder, Defendents.

| INITIALS | DOCKET# |
| --- | --- |
| [illegible] | 1 |

2. Court (if federal court, name the district; if state court name the parish): 19th Judicial District Court, BATON ROUGE La. EAST BATON ROUGE PARISH

3. Docket number: 506666

4. Name of Judge to whom case was assigned: Section 26

5. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?): PENDING

6. Approximate date of filing lawsuit: APRIL 16, 2003

7. Approximate date of disposition: PENDING

II. PLACE OF PRESENT CONFINEMENT: La. State Penitentiary

a. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

b. Did you present the facts relating to your complaint in the prisoner grievance procedure?

Yes (✓) No ( )

c. If your answer is YES:

1. What steps did you take? Filed an A.R.P. inquired in regards to disposition.

2. What was the result? NO RESPONSE

d. If your answer is NO, explain why not?

III. PARTIES:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of plaintiff: Kermit Parker

Address: La. State Prison, Angola, La. 70712

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

b. Defendant N. BURL CAIN is employed as WARDEN at La. State Prison, Angola La. 70712

c. Additional Defendants: Linda Miller-assistant Warden, Tarver Head Dr., DORA Rabalais-supervisor of Legal programs, JOHN DOE #1-EMT, JOHN DOE #2-EMT JOHN DOE #3-EMT, JANE DOE-EMT all are employed at Angola. Defendant EARL K. Long Hospital is Located in Baton Rouge La.

IV. STATEMENT OF CLAIM:

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a seperate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE Attached

IV. **STATEMENT OF CLAIM (Continued).**

See Attached

## V. RELIEF:

State briefly exactly what you want the court to do for you. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

SEE ATTACHED

Signed this 22 day of July, ~~19~~ 2003

Kermit Parker, pro se

(Signature of Plaintiff or Plaintiffs)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed On: July 22, 2003

Kermit Parker, pro se

Signature of Movant

Signature of Attorney (if any)